An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF DISCIPLINE OF ZACHARY B. COUGHLIN, ESQ., BAR NO. 9473. | No. 61462 |
| ZACHARY COUGHLIN, Petitioner, vs. NORTHERN NEVADA DISCIPLINARY BOARD; STATE BAR OF NEVADA; AND FRANCIS C. FLAHERTY, PRESIDENT, Respondents. | No. 62104 |
| ZACHARY B. COUGHLIN, Petitioner, vs. NEVADA SUPREME COURT CLERK'S OFFICE, Respondent. | No. 63822 |
| IN THE MATTER OF REINSTATEMENT OF ZACHARY BARKER COUGHLIN, BAR NO. 9473. | No. 65587 |

FILED

JUN 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

*ORDER*

Attorney Zachary B. Coughlin is currently temporarily suspended from the practice of law in Nevada. *See In re Discipline of Coughlin*, Docket No. 60838 (Order of Temporary Suspension and Referral to Disciplinary Board, June 7, 2012). Coughlin has filed several documents relating to that suspension.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-18693

In Docket No. 61462, Coughlin has filed a "Petition for Dissolution of Temporary Suspension Pursuant to Supreme Court Rule 102(4); and/or alternatively, SCR 111(7) Petition to Show Good Cause for the Court to Set Aside its Order Temporarily Suspending Attorney From the Practice of Law," which appears to challenge the merits of the petit larceny conviction underlying the suspension, as well as the suspension itself. In Docket No. 62104, Coughlin filed a petition apparently asking this court to stay the proceedings scheduled for later that day before the disciplinary board, which was going to consider the referral from this court entered in Docket No. 60838, as well as other pending grievances against Coughlin. Coughlin has since filed a motion requesting an extension of time to pay the filing fee or to request to proceed in forma pauperis, as well as thousands of pages of other documents appearing to address the temporary suspension and various bar disciplinary and legal matters with which he is involved. In Docket No. 63822, Coughlin has filed a "Motion to Proceed in Forma Pauperis and Declaration in Support Thereof to File Petition for Writ Allowing Coughlin to File in 60838," which appears to address various bar disciplinary matters involving Coughlin; Coughlin has also filed over 1,240 pages of exhibits in that case. Finally, in Docket No. 65587, Coughlin has filed a "Petition for Reinstatement Pursuant to SCR 111(10)," in which he asserts that his petit larceny conviction has been "remanded . . . for a new trial" and makes other arguments in support of lifting his temporary suspension; Coughlin has also filed two supplements to this petition.[1]

---

[1]The second supplement was styled as a request for permission to file such a document. Because the request and the proposed second supplement were combined in a single document, it has already been filed.

We have disregarded factual assertions in Coughlin's documents that are not supported by references to the pertinent record or that are outside the record, *Carson Ready Mix, Inc. v. First Nat'l Bank*, 97 Nev. 474, 476, 635 P.2d 276, 277 (1981). In addition, to the extent the documents attempt to relitigate the petit larceny conviction underlying Coughlin's suspension, as well as other legal matters in which he is involved, we note that the instant matters are not the proper forums for doing so. Additionally, Coughlin has failed to satisfactorily demonstrate that his conviction has been reversed or to otherwise show good cause for this court to set aside its order of temporary suspension or to direct the clerk to allow him to file documents to the same effect in an already-closed case. Finally, with respect to his request to stay the bar proceeding that has already occurred, that request is moot. Accordingly, all requests in these matters are denied.

It is so ORDERED.[2]

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

_____, J.
Pickering

[2]This order constitutes our final disposition of these matters.

cc: Zachary Barker Coughlin
David A. Clark, Bar Counsel
Kimberly K. Farmer, Executive Director, State Bar of Nevada
J. Thomas Susich, Chair, Northern Nevada Disciplinary Board